

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00424-CV

———————————————

IN THE INTEREST OF M.P AND A.P, CHILDREN

---

On Appeal from County Court at Law No. 2
Parker County, Texas
Trial Court No. CIV-22-0486

---

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Memorandum Opinion by Chief Justice Sudderth

**MEMORANDUM OPINION**

Appellant E.H. (Mother) attempts to appeal from temporary orders entered in the underlying suit affecting the parent–child relationship. But our appellate jurisdiction is limited to appeals from final judgments and appealable interlocutory orders, *see CMH Homes v. Perez*, 340 S.W.3d 444, 447 (Tex. 2011); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001), and the temporary orders are neither a final judgment nor an appealable interlocutory order, Tex. Fam. Code Ann. § 105.001(e); *In re F.R.*, No. 02-25-00314-CV, 2025 WL 2370583, at *1 (Tex. App.—Fort Worth Aug. 14, 2025, no pet. h.) (mem. op.).

Given this jurisdictional flaw, we warned Mother that we could dismiss her appeal unless she showed grounds for continuing it. *See* Tex. R. App. P. 42.3(a). Mother responded with numerous filings, including a motion that we "confirm jurisdiction [and] deny dismissal for want of prosecution," a "notification regarding [her request for a] federal injunction," a motion to stay the trial court proceedings, a statement alleging child neglect, two briefs challenging the temporary orders and the resolution of Mother's previous appeal, and a "request for writ of prohibition" seeking mandamus or "habeas relief" based on "the continued withholding of the children." [Capitalization altered.] None of these filings show grounds for continuing the appeal; at the end of the day, "[t]emporary orders rendered [in a suit affecting the parent–child relationship] are not subject to interlocutory appeal." Tex. Fam. Code Ann. § 105.001(e).

We therefore dismiss Mother's attempted appeal for want of jurisdiction.  *See* Tex. R. App. P. 42.3(a), 43.2(f); *see also F.R.*, 2025 WL 2370583, at \*1 (dismissing attempted appeal from temporary orders for want of jurisdiction).  All of Mother's pending motions are denied, as is Mother's alternative request that we construe her appeal as an original proceeding.  *See F.R.*, 2025 WL 2370583, at \*1 (denying similar request in similar attempted appeal).

/s/ Bonnie Sudderth

Bonnie Sudderth
Chief Justice

Delivered:  September 18, 2025